**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reyes B. HERRERA, Defendant—
Appellant.**

No. 01–50411.

D.C. No. CR–98–00143–GLT.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and
TASHIMA, Circuit Judges.

MEMORANDUM **

Reyes B. Herrera appeals his guilty plea conviction and sentence for conspiracy to possess and distribute methamphetamine, cocaine and heroin in violation of 21 U.S.C. § 846. His attorney has filed a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that counsel cannot identify any nonfrivolous issues for review. Because our independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Herrera knowingly and voluntarily

waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *United States v. Martinez*, 143 F.3d 1266, 1270–72 (9th Cir.1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

